**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1317**

---

FELICIA BAGLEY,

Plaintiff - Appellant,

versus

DULANEY STATION, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-95-3865)

---

Submitted:  March 26, 1998          Decided:  April 6, 1998

---

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Felicia Bagley, Appellant Pro Se.  Daniel Karp, ALLEN, JOHNSON, ALEXANDER & KARP, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order granting summary judgment for Appellee on Appellant's claims of gender discrimination, retaliatory discharge, and intentional infliction of emotional distress. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Bagley v. Dulaney Station, Inc.</u>, No. CA-95-3865 (D. Md. Feb. 12, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>